AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25-mj-705 |
| COLE TUCKER WATSON | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 2024 thru July 3, 2025 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property; |
| 18 U.S.C. § 2322 | Operating a Chop Shop; |
| 18 U.S.C. § 1028A | Aggravated Identity Theft. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Peter Chiglinsky, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.
via Facetime video

Date: 8/27/2025

*Judge's signature*

City and state: Cincinnati, Ohio    Hon. Karen L. Litkovitz, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Peter Chiglinsky, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a criminal complaint charging Cole Tucker WATSON with two violations Title 18, United States Code, Section 2314, Interstate Transportation of Stolen Property, one violation Title 18, United States Code Section 2322, Operating a Chop Shop, and one violation Title 18, United States Code Section 1028A, Aggravated Identity Theft, in a Federal Investigation.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Cincinnati, Ohio, Field Office Division, and have been so employed since 2021. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am currently assigned to investigate matters involving violent crimes, gangs, robberies, criminal enterprises, narcotics, and violent crimes against children.  I have participated in the preparation and execution of Federal arrest and search warrants in my position as a Special Agent.  I have also been involved with the analysis of pen registers, the monitoring of Title III wire intercepts, and the installation and monitoring of tracking devices for vehicles in relation to the investigations with which I have been involved. I have also utilized confidential human sources, pen registers, toll records, physical surveillances, and electronic surveillances in the process of the investigations in which I have been involved. Further, I have been the affiant on Federal search warrants and have written reports during these investigations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Through my training and experience as well as discussions with other law enforcement investigators and cooperating suspects, I have become familiar with methods utilized by individuals and groups of individuals who are involved in the criminal activity and criminal conspiracies for which WATSON is involved.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

5. Since this affidavit is being submitted for the limited purpose of establishing probable cause authorizing the arrest of WATSON, I have not included each and every fact and circumstance of which I am aware. I have set forth only those facts which I believe are necessary to establish such probable cause.

## **PROBABLE CAUSE**

6. On April 28, 2025, the Fairfax Police Department (Ohio) provided FBI Cincinnati with information and evidence to suggest that Noah MART, Raymond LIZAK, and Cole WATSON (hereafter, "the SUBJECT"), among others yet to be identified, are involved in a criminal scheme to steal luxury vehicles, fraudulently re-title the vehicles, and either sell those vehicles out-of-state or dismantle the stolen vehicles and sell the parts for profit.

7. Specifically, Fairfax PD provided information to FBI Cincinnati, that LIZAK, MART, and the SUBJECT, are involved in a scheme to steal luxury vehicles from locations outside the state of Ohio. On several occasions, the vehicles were stolen from Texas. After stealing those vehicles, LIZAK, MART, and the SUBJECT, would transport the vehicles back to Ohio. Upon arriving back to Cincinnati, LIZAK, MART and the SUBJECT parked the stolen vehicles in public

2

garages in or around Cincinnati, or in a detached two car garage located at 3738 Isabella Avenue, Cincinnati, Ohio, 45209 (hereafter "the SUBJECT RESIDENCE"). Once parked at the SUBJECT RESIDENCE, LIZAK, MART, and the SUBJECT, used fraudulent Vehicle Identification Numbers (VINs), and fraudulent vehicle titles, and affixed the fraudulent VINs to the stolen vehicles.

8. On September 20th, 2024, local law enforcement was contacted by the Ohio Bureau of Motor Vehicles (BMV) and Title Office, located at 3370 Red Bank Road, Cincinnati, Ohio, regarding possible fraudulent Texas titles which had been passed by LIZAK and MART. Titles presented by both LIZAK and MART were confirmed to be fraudulent by the Ohio BMV and the Texas Department of Motor Vehicles (DMV).

9. On September 16, 2024, LIZAK registered a BMW M4 in his name. On September 20, 2024, MART registered a BMW M3 in his name. After receiving new Ohio titles in their names LIZAK and MART proceeded to the Registration Office where they registered the aforementioned vehicles with Ohio license plates. The manufacturer (BMW) was contacted regarding the VINs on the vehicles which were confirmed to be invalid. BMW further revealed that the fraudulent VINs closely resembled the VINs of two recently stolen BMWs. The 2024 green BMW M4 had a fraudulently created VIN of "WBS43AZ0**1**RCN3940**9**," where as the true VIN of the 2024 green BMW M4 was identified as "WBS43AZ0**X**RCN3940**8**." Similarly, the 2023 red BMW M3 had a fraudulently created VIN of "WBS43AY0**6**PFN5621**8**," whereas the true VIN of the 2023 red BMW M3 had an identified true VIN of "WBS43AY0**4**PFN56217."

10. After confirming that the Titles and VINs were fraudulent, a search was performed for other recent Texas Titles, and other vehicles registered to LIZAK and MART. Two additional vehicles were discovered. Both vehicles were Chevrolet Camaro SS. The 2023 Chevrolet Camaro

3

SS, registered to MART, was located in the driveway of his residence, 745 Wooster Pike, Cincinnati, Ohio, 45174. The vehicle was towed to Fairfax PD and searched pursuant to a state search warrant. As part of the search, the Electronic Control Module (ECM) was checked. The ECM ensures the smooth operation of the engine by monitoring and collecting data from sensors positioned throughout the vehicle. The (ECM) returned a different VIN than what was on the visible VIN stickers and it was determined that the vehicle had been stolen out of Norwood, Ohio.

11. The 2022 Chevrolet Camaro SS, registered to LIZAK, showed a title cancellation and reissuance in Russell, Kentucky. The vehicle was sold to J.C. The Kentucky State Police responded to J.C.'s residence and checked the ECM on the vehicle, which returned a different VIN than was displayed on the title and VIN stickers. This vehicle was confirmed to have been stolen out of Rockwall, Texas. J.C. was shown a photo lineup and he positively identified LIZAK as the individual who sold him the vehicle. J.C. stated that LIZAK invited him to his residence located at 111 Wrenwood Lane, Terrace Park, Ohio, 45174, to meet to conduct the purchase. Upon arriving, J.C. stated that LIZAK and LIZAK's father, Edward LIZAK, were present for the sale. Kentucky State Police were informed of the fraudulent vehicle sale by local law enforcement in Ohio, who then seized the vehicle. Ohio local law enforcement then examined the ECM which revealed a different VIN than was affixed to the vehicle. After local law enforcement ran the true VIN, local law enforcement discovered the vehicle had previously been reported by the owner, K.K., as stolen out of Rockwall, Texas, on March 17, 2025. The identification of these vehicles being registered to MART and LIZAK resulted in both being charged in the Hamilton County Court of Common Pleas, Hamilton County, Ohio, with multiple felony counts of Forgery, Tampering with Records, Receiving Stolen Property, and Counterfeiting.

12. Local law enforcement served search warrants on LIZAK and MART'S Instagram accounts. Post by LIZAK and MART were identified which revealed photos of them with suspected stolen vehicles. Raymond LIZAK was posting pictures of himself in the BMW M5 with Pennsylvania license plates that did not match the standard Pennsylvania format. A traffic camera search was conducted by local law enforcement that showed a similar vehicle in Pennsylvania had a correctly formatted plate with the same Alpha Numerical identifiers, and the vehicles showed to be in two different locations at the same time. The vehicle was located and stopped for a traffic infraction. The operator of the vehicle was Raymond LIZAK. The vehicle was impounded at the Fairfax Police Department's Evidence Bay, and a search warrant was acquired. A scan of the ECM returned a different VIN than what was on the VIN plate and sticker. The vehicle was confirmed stolen out of Cincinnati. While conducting the search of the vehicle, local law enforcement located numerous 3CDC parking garage tickets. After checking surveillance footage matching those tickets, local law enforcement observed that the suspects drove in with their personal vehicles, a Volvo Station wagon for MART and a Ford F-150 for LIZAK. After parking, LIZAK was observed on security footage by local law enforcement walking to the stolen BMW M5 and MART was observed by local law enforcement walking to the stolen BMW M4. LIZAK and MART then drove them out of the parking garage using the recent parking ticket in order to exit within the 10-minute grace period. This process is repeated when they return the stolen vehicles to the garage. Also located during the search warrant were tools for removing and swapping VINs and counterfeit VIN stickers for another BMW M4 printed off a Cricut machine, still attached to the backing, indicating it hadn't been applied to a vehicle yet. Local law enforcement believes this fraudulent VIN, VIN: WBS43AZ09CJ07273, was intended for a BMW M4, whose parts were recovered in the basement of the SUBJECT RESIDENCE during the execution of a federal search warrant on

July 3, 2025. The key fob to the recovered BMW M5was taken to the BMW store, located at 6131 Stewart Avenue, Cincinnati, Ohio, 45227, where it was scanned to see its origin. The key fob was not an original, but a replacement that had been ordered online through the BMW Store. A review of the order and its documents revealed a fraudulent order which was shipped to an abandoned house in Mariemont, Ohio. This key fob allowed the suspects to access the vehicle without forcing entry and allowing them to drive away.

13. The BMW Store was asked to check additional online orders for key fobs. A suspicious order for a 2025 BMW M4 Gray/Black Matte replacement key was identified. When comparing the associated VIN with the replacement key, the vehicle was confirmed to have been stolen from Cincinnati, OH. The BMW Store associates advised that the vehicle was a very rare model and color, with distinctive red interior. That order was shipped to the SUBJECT RESIDENCE.

14. Additional posts by MART were located on Instagram depicting a Matte Dark Gray/Black BMW M4 with red interior. Video was obtained of the theft of the BMW M4 as well as the vehicle that was used to transport the suspects to the theft, a blue Chevrolet Camaro SS LT1 with customized exhaust tips. While performing surveillance of the SUBJECT RESIDENCE, local law enforcement observed the target vehicles along with the Blue Camaro SS LT1 and the Matte black BMW M4 with the red interior. The inside of the garage was also determined to be the same as posted on LIZAK's Instagram, where the targets were upgrading the stolen BMW M5. Additional surveillance conducted by local law enforcement revealed that LIZAK and MART are at this location on a near daily basis, where they gather, along with the SUBJECT, and have been observed working on vehicles which have confirmed to be stolen. That current address is the SUBJECT RESIDENCE.

6

15. An investigator with the Ohio BMV received information from the Hamilton County Title Office that a Kentucky title for a Blue Chevrolet Camaro SS LT1 had been cancelled and reissued in Ohio. Kemba Credit Union was the lien holder for this vehicle and started investigating its whereabouts. The vehicle was confirmed to still be in Kentucky, but another vehicle was titled in Ohio with the same information. The cloned vehicle's owner and location were found in Toledo, OH. The true VIN was found by checking the ECM, which did not match the title, VIN plate, or VIN stickers. After backtracking the sales history of this vehicle, it was found that it had been posted on Facebook Marketplace. An auction company agreed to buy it from the seller, and met them in Union, Kentucky, where they purchased the vehicle with cash. The seller provided a Kentucky Driver's License with his picture on it, and the owner's name and information on the Driver's License was that of Richard Troy Peace. An interview of PEACE by FBI Agents confirmed that PEACE is still in possession of the Camaro SS LT1, and that he was notified by Kemba Credit Union of the fraudulent use of his Driver's License and vehicle title. The picture on the fraudulent Driver's License is confirmed to be that of the SUBJECT, the resident of the SUBJECT RESIDENCE. The address provided on the fraudulent license was that of 7000 Grandeur Place, #190, Union, Kentucky, 41091. According to an interview with local law enforcement, employees of Central Classic Cars, who bought the car, recall the SUBJECT getting into what is believed to be the stolen BMW M4 after the sale of the stolen Camaro SS LT1. The buyer had pictures of the Chevrolet Camaro SS LT1 that had been posted on Facebook Marketplace, and the photographs have been confirmed to be taken in the garage of the SUBJECT RESIDENCE. The Kentucky title used in the transaction was confirmed to be fraudulent by the Kentucky DMV and the Ohio BMV.

16. On or about June 6th, 2025, local law enforcement while conducting surveillance on the SUBJECT RESIDENCE, observed a red 2023 BMW M3 pulling into the driveway. This vehicle was driven into the garage and the garage door was closed. The vehicle is believed to be the stolen BMW M3 which was last seen at the Ohio BMV on Red Bank Road, Cincinnati, OH, on September 20th, 2024. Additional electronic surveillance showed the red 2023 BMW M3 being driven into the SUBJECT RESIDENCE garage again on June 24th, 2025.

**Interstate Theft of Stolen Property/Aggravated Identity Theft**

Red BMW M3

17. On July 3, 2025, FBI Personnel and local law enforcement executed a Federal Search Warrant at the SUBJECT RESIDENCE. Inside the SUBJECT RESIDENCE, the SUBJECT was located and detained. After the SUBJECT RESIDENCE was cleared, FBI Personnel located and identified a red BMW M3, true VIN "WBS43AY04PFN56217" inside the detached garage. On July 8, 2025, FBI Personnel conducted an additional search of this red BMW M3 in which fingerprints were located within the interior of the vehicle and were collected for further analysis. This evidence was analyzed by an examiner from Green Township Police Department which confirmed the fingerprints lifted from within the red BMW M3 were those of the SUBJECT.

18. During the execution of this search warrant, an iPhone 16 was seized, belonging to the SUBJECT. During the analysis of this phone, an airplane boarding pass was located that revealed the SUBJECT obtained a boarding pass from Frontier Airlines for flight "F9 1757" from Cincinnati, Ohio, to Dallas, Texas, on June 23, 2025. A photograph was located on the SUBJECT's phone that shows the red BMW M3 parked in what appears to be a parking garage. The metadata reveals that the photograph was taken by the SUBJECT's phone, with a capture date of June 23,

2025. The latitude and longitude of this photograph renders to a suburb just east of Dallas, Texas, which is Rockwall, Texas. Further, analysis of this iPhone located what is believed to be a Snapchat video showing a photo taken at night of a two-lane road and a caption that says "Crazy side quest" and "Driving an M3 Comp from Dallas to Cincinnati." The geolocation caption of this Snapchat photograph locates the phone in Rowlett, Texas. The metadata associated with this image indicates that it was taken on June 24, 2025.

19. Additional analysis of this phone revealed photographs of the same red BMW M3 that was seized during the search warrant of the SUBJECT RESIDENCE. In one of these photographs, created on June 24, 2025, the red BMW M3 is observed parked in the detached garage of the SUBJECT RESIDENCE with the metadata indicating that the photograph was taken by the SUBJECT's phone.

<u>Blue Chevrolet Camaro SS</u>

20. On July 26, 2024, the owner of a blue Chevrolet Camaro, VIN "1G1FE1R7XR0119729" reported their vehicle stolen to the Cincinnati Police Department. In the subsequent police report, the owner stated that the last known location of the vehicle was in Cincinnati, Ohio, on July 25, 2024. The owner provided that the stolen vehicle had "black wheels and black rims". During the immediate investigation, Cincinnati Police contacted OnStar monitoring services to attempt to locate the stolen vehicle utilizing the OnStar GPS tracking software located within the vehicle. OnStar reported that they were unable to locate the vehicle, as the "GPS was disabled by unknown means."

21. On Wednesday, May 14, 2025, local law enforcement informed the FBI of a vehicle sale on April 24, 2025, involving a stolen blue Chevrolet Camaro SS with black wheels and rims. the SUBJECT drove the stolen Chevrolet Camaro SS to 7000 Grandeur Place, Union, Kentucky,

9

to sell the vehicle to employees of Central Classic Cars. Analysis of the the SUBJECT's iPhone 16 revealed the SUBJECT on Facebook messenger and the TextNow communication application utilizing the alias "Robbert Garcia" to communicate with numerous buyers attempting to sell a listed 2022 Chevrolet Camaro LT1 Coupe 2D. The visible name for the posting was "Richard G" with a username of "@robbertg68." The profile picture for this account appears to show the blue Chevrolet Camaro LT1 parked in the SUBJECT RESIDENCE detached garage. Additional review of the SUBJECT's phone revealed a photograph of VIN "1G1FE1RZ8NO127290" which matches the VIN of the blue Chevrolet Camaro LT1 sold to Central Classic Cars on April 24, 2025. Additionally, a Commonwealth of Kentucky Certificate of Title was identified on the SUBJECT's phone which listed the aforementioned VIN, but provided the name and residence for the title as "Richard Troy Peace, 7000 Grandeur Place, #190, Union, KY, 41091-0380," matching the information located on the fraudulent driver's license used by the SUBJECT during the sale of the blue Chevrolet Camaro LT1. An additional photograph was located on the SUBJECT's phone which showed the signature on the real Richard Troy Peace's Driver's License, likely for copying onto the fraudulent driver's license. According to the metadata on this photograph, this photograph was taken on April 16, 2025. Finally, a photograph was located on the SUBJECT's phone which appears to show the blue Chevrolet Camaro LT1 located in the detached garage of the SUBJECT RESIDENCE on April 15, 2025. Based on my training and experience, subjects participating in the interstate transportation of stolen property, specifically vehicle theft, will remove and alter the VIN slightly to re-title vehicles and avoid law enforcement detection.

22. During the meeting with Central Classic Cars on April 24, 2025, employees reported that the SUBJECT provided a Kentucky Driver's License bearing the SUBJECT's photograph but listing the name as "Richard Troy Peace" with an address of "7000 Grandeur Place,

#109, Union, Kentucky". A subsequent interview between FBI Agents and the true Richard Troy Peace confirmed that Peace had neither given individuals access to his Driver's License, nor had he provided anyone with information regarding his 2022 blue Chevrolet Camaro LT1 and is still confirmed in his possession. Furthermore, Peace provided that his residence is 81 Maniacal Way, Glencoe, Kentucky, 41046, and that he has lived at that residence for "at least twenty years." Based on my training and experience, subjects involved in the interstate transportation of stolen property will utilize false identification to obfuscate their involvement in the transportation and sale of stolen property in an effort to evade law enforcement.

## Operating a Chop Shop

### Black BMW M4

23. On March 11, 2025, A.S. the owner of a 2025 black BMW M4, VIN: WBS33HK04SCS78670, contacted the Cincinnati Police Department to file a report of a stolen vehicle. A.S. stated the last known location of the vehicle was at 5400 Medpace Way, Cincinnati, OH, 45227. 5400 Medpace Way, Cincinnati, OH, 45227, is accessible to a large commercial building with multiple open-air parking lots and many parking garages.

24. Local law enforcement reviewed security camera footage from the Medpace parking garage around the time of the theft and identified a blue Chevrolet Camaro LT1 with black rims drive into the Medpace garage. Shortly thereafter, security camera footage identified the same blue Chevrolet Camaro LT1 with black rims exit the garage, followed immediately by the stolen black BMW M4. The black BMW M4 was observed following the blue Chevrolet Camaro LT1 on Madison Road, just outside of the Medpace garage.

25. After analyzing the returns provided by the local search warrants on Instagram for LIZAK and MART's accounts, photos and videos appeared to show the stolen black BMW M4.

In many of these photos and videos associated with LIZAK's and MART's accounts, both LIZAK and MART are in the photographs with the stolen vehicle. In one particular photograph from MART's Instagram, it specifically shows "M4" illuminated on the dashboard.

26. On or around April 28, 2025, local law enforcement conducted physical surveillance of the SUBJECT RESIDENCE, during which time local law enforcement observed and captured photographs of what is believed to be the stolen black BMW M4 parked in the detached garage of the SUBJECT RESIDENCE. During this same physical surveillance, local law enforcement observed and captured photographs of what appears to be the SUBJECT and LIZAK in the detached garage of the SUBJECT RESIDENCE while the stolen black BMW M4 is also parked in the detached garage.

27. During the execution of the search warrant at the SUBJECT RESIDENCE on July 3, 2025, FBI personnel recovered what is believed to be parts of the black BMW M4 from the SUBJECT's basement. These parts include but are not limited to: the driver's side door, the roof, the hood, bumpers, and numerous interior parts. A review of the SUBJECT's phone showed many photos of the black BMW M4. In many of the photographs reviewed, the black BMW M4 is observed in-tact located in the detached garage of the SUBJECT's RESIDENCE. Additional photographs located on the SUBJECT's phone appear to show the Black BMW M4 located in the SUBJECT's detached garage with exterior pieces removed, to include the hood, bumpers, and the driver's side door. The metadata for this photograph indicates the photograph was likely taken by the SUBJECT's phone on May 13, 2025. Another photograph located on the SUBJECT's phone appear to show the black BMW M4 located in the SUBJECT RESIDENCE detached garage with

the interior removed, to include the unique red seats.[1] The metadata for this photograph indicates the photograph was likely taken by the SUBJECT's phone on May 14, 2025. Finally, a photograph was located on the SUBJECT's phone which appears to show the parts to this BMW M4 spread out on a blue tarp in what appears to be the SUBJECT RESIDENCE basement. The metadata for this photograph indicates the photograph was taken on May 24, 2025. The orientation of these parts located in the basement of the SUBJECT RESIDENCE appear to be in the same orientation as when FBI personnel conducted the search of the SUBJECT RESIDENCE on July 3, 2025, and located many of these same parts. However, some of the parts from the photograph on May 24, 2025, such as the red interior seats were not present during the search of the SUBJECT RESIDENCE. Based on my training and experience, subjects will steal vehicles with the intent of taking them apart and selling the individual pieces for profit. This process usually requires a more advanced knowledge of vehicle construction. The SUBJECT is currently employed as a mechanic at a Maserati Dealership.

Chevrolet Corvette

28. On May 17, 2025, A.H., the owner of a 2015 Chevrolet Corvette Z06, VIN: 1G1YR2D63F5601197, contacted the Cincinnati Police Department to report the theft of a vehicle. A.H. stated that the last known location for the vehicle was in a parking garage located at 3075 Vandercar Way, Cincinnati, Ohio, 45209, on May 5, 2025. Of note, prior to the theft of the vehicle, the Corvette Z06 had a black racing stripe down the middle of the vehicle.

29. On May 23, 2025, based on a tip provided to local law enforcement, law enforcement officials recovered the stolen Chevrolet Corvette Z06 from the Bank of America

---

[1] According to the BMW Store, this particular BMW has a unique red interior.

parking lot located at 5903 Hawthorne Avenue, Cincinnati, Ohio. This location is directly adjacent to the SUBJECT RESIDENCE. Following the recovery of the stolen Corvette, local law enforcement was given consent by a commercial establishment located in the same parking lot as the Bank of America to review security camera footage. Upon review, the SUBJECT was observed parking the stolen vehicle, exiting the vehicle, and walking away. Shortly after, a photograph was provided to local law enforcement by a resident in the vicinity of the parking lot which shows the SUBJECT in the same clothes as observed on the security footage mowing his lawn. The stolen Corvette is in the background of the photograph. Following the recovery of the stolen Corvette, the police report notes that the black racing stripe was peeled off of the vehicle. Based on my training and experience, subjects involved in the theft and resale of vehicles will make alterations to the appearance of the vehicle in order to evade law enforcement detection.

30. On June 5, 2025, FBI personnel conducted a consent search of the stolen Corvette Z06. During the consent search, FBI personnel examined the computer software within the vehicle. This search of the computer provided a unique Voicemail Phone Number which had previously been connected to the vehicle. Following the search warrant executed at the TARGET RESIDENCE on July 3, 2025, an analysis of the SUBJECT's phone revealed that the Voicemail Phone Number, which is unique to each individual phone, matched the Voicemail Phone Number that had been previously connected to the stolen Corvette.

31. During the consent search of the stolen Corvette, FBI personnel identified that the OnStar computer located within the vehicle had been previously disconnected. During the analysis of the SUBJECT's phone, a screenshot was identified which appeared to show an image that located the fuse associated with the OnStar computer for a 2019 Corvette fuse box. The metadata associated with this photograph shows that it was created on May 11, 2025, at approximately

4:06AM. Simultaneously, the OnStar computer data within the stolen Corvette begins capturing location data on May 11, 2025, at approximately 4:09AM and the final time it provides before turning off is approximately 4:19AM. Based on my training and experience, subjects involved in the theft of vehicles will often disable GPS tracking software in an effort to evade law enforcement detection.

32. A photograph located during the analysis of the SUBJECT's phone revealed a photograph of what appears to be the stolen Corvette Z06 in a parking garage. The metadata associated with this photo revealed that the photograph was likely taken with the SUBJECT's iPhone 16 on May 15, 2025. Additional metadata provides a latitude and longitude for the location of the photograph, which upon further review renders to the intersection of 5th and Race Street in Downtown Cincinnati. Also located at this location is a public parking garage. Further analysis of the SUBJECT's phone revealed a photograph that appears to show the stolen Corvette Z06 located within the detached garage of the SUBJECT RESIDENCE. In this photograph, the vehicle lacks the black racing stripe that appeared vertically down the exterior of the vehicle. The police report during the recovery of the stolen Corvette identified that the black racing stripe had been physically removed from the vehicle.

33. Analysis of the SUBJECT's phone showed TextNow conversations from an account utilizing the name "Robbert Garcia <robbertg68>" where the user of the SUBJECT's phone is observed communicating with car dealerships on May 15, 2025, seeking an appraisal value for a 2014 Chevrolet Corvette Stingray. The username for this account matches the username associated with the TextNow conversations pertaining to the stolen Camaro LT1. The profile picture for the TextNow conversations also match the conversations pertaining to the stolen Camaro LT1, with the photo showing a blue Camaro LT1.

15

## CONCLUSION

34. Based upon the information provided within this affidavit, I believe that probable cause has been shown that, beginning on a date unknown, but by at least in or about September 2024, and continuing through on or about July 3, 2025, Cole Tucker WATSON violated Title 18, United States Code, Section 2314, Interstate Transportation of Stolen Property and Title 18, United States Code Section 1028A, Aggravated Identity Theft, to steal a vehicle, transport it across state lines, and present fraudulent identification in order to sell the vehicle for profit. I also believe that probable cause has been shown that on or around May 15, 2025, Cole Tucker Watson violated Title 18, United States Code Section 2322, Operating a Chop Shop, by obtaining stolen vehicles, dismantling or altering the vehicles, and selling the individual parts of the vehicle or attempting to sell the entire vehicle for profit.

Respectfully submitted,

_____
Peter Chiglinsky
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me via reliable electronic means on August 27, 2025.

_____
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

16